ORDERED.

Dated:  December 18, 2020

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

IN RE:   DANIEL JOSEPH STELL and
JULIE YOUNG STELL                                                    CASE NO. 9:19-bk-09730-FMD
Debtor                                                                           Chapter 13
_____/

ORDER SUSTAINING DEBTOR'S OBJECTION
TO CLAIM NO. 11-1 OF STACEY MANESS [DOC. NO.21]

THIS CAUSE came on for consideration by the Court upon Debtor's OBJECTION TO CLAIM TO CLAIM NO. 11-1 OF STACEY MANESS [DOC. NO.21], filed and served by the Debtor upon the creditor on March 27th, 2020.

This Court has considered said motion and no response being filed by the creditor and, based upon the same, is satisfied that it is appropriate to enter an Order. Accordingly, it is:

ORDERED, ADJUDGED AND DECREED that the Debtor's OBJECTION TO CLAIM TO CLAIM NO. 11-1 OF STACEY MANESS [DOC. NO.21], is hereby sustained and said claim is disallowed.

**Attorney Frank Ribel Jr., is hereby directed to serve a copy of this Order on all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of Order.**