UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: DANIEL JOSEPH STELL and
JULIE YOUNG STELL

CASE NO. 9:19-bk-09730-FMD
**CERTIFICATE OF SERVICE**
Chapter: 13
ECF Docket Reference No.

---

On 12/28/2020, a copy of the following documents, described below,

ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 11-1 OF STACEY MANESS [DOC. NO.21] (DOC. NO. 27)
were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above references document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that is true and correct to the best of my knowledge, information, and belief.

DATED: 12/28/2020

/s/ Frank Ribel, Jr.
FRANK RIBEL, JR.
Florida Bar No. 0290981
ZACHARY RIBEL
Florida Bar No. 0098093
Attorney for Debtor(s)
25 East Oak Street
Arcadia, FL 34266
(863) 494-7139
frankribeljrlawyer@embarqmail.com
zmribel@eagle.fgcu.edu

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:19-bk-09730-FMD<br>Middle District of Florida<br>Ft. Myers<br>Mon Dec 28 12:42:58 EST 2020 | Caryl E. Delano<br>Tampa<br>, FL | Daniel Joseph Stell<br>1422 NW Pine Wood Ave<br>Arcadia, FL 34266-5446 |
| Julie Young Stell<br>1422 NW Pine Wood Ave<br>Arcadia, FL 34266-5446 | Tea Olive, LLC<br>Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | AT&T DirecTV<br>c/o Enhanced Recovery Company<br>PO Box 23870<br>Jacksonville, Florida 32241-3870 |
| BB&T<br>19720 Cochran Blvd<br>Port Charlotte, Florida 33948-2000 | BB&T, Bankruptcy Section<br>100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Badcock Furniture & More<br>W Hickory St<br>Arcadia, Florida 34266 |
| Bayfront Port Charlotte<br>c/o Medical Data Systems<br>2001 9th Ave., Suite 312<br>Vero Beach, Florida 32960-6413 | (p)BEN FRANKLIN FINANCE<br>107 N STATE RD 135<br>SUITE 302<br>GREENWOOD IN 46142-1354 | CITY OF JASPER<br>C/O DARNEL QUICK RECOVERY<br>PO BOX 2416<br>COVINGTON, GA 30015-7416 |
| CareCentrix<br>c/o Retrieval Masters Creditors Bureau<br>PO Box 1235<br>Elmsford, New York 10523-0935 | Catalyst Walk In Clinic<br>c/o Professional Adjustment Corp<br>14410 Metropolis Ave<br>Fort Meyrs, Florida 33912-4341 | Catalyst Walk In Clinic<br>c/o Professional Adjustment Corp<br>14410 Metropolis Ave<br>Fort Myers, Florida 33912-4341 |
| City of Jasper<br>200 Burnt Mtn Rd<br>Jasper, Georgia 30143-1273 | Department of Revenue<br>Internal Revenue Service<br>PO Box 621503<br>Atlanta, Georgia 30362-3003 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Department of Treasury<br>Internal Revenue Service<br>PO Box 621503<br>Atlanta, Georgia 30362-3003 | Desoto Memorial Hospital<br>900 N Robert Ave.<br>Aracdia, Florida 34266-8713 | Desoto Memorial Hospital<br>PO Box 2177<br>Arcadia, Florida 34265-2177 |
| Desoto Memorial Hospital<br>c/o Care Payment<br>PO Box 2398<br>Omaha, Nebraska 68103-2398 | Emergency Coverage Corp<br>c/o Wakefield & Associates<br>PO Box 50250<br>Knoxville, Tennessee 37950-0250 | Geico Insurance Company<br>c/o Credit Collection Service<br>PO Box 55126<br>Boston, Massachusetts 02205-5126 |
| Gulf Bay Anesth Assoc<br>c/o Account Resolution Services<br>PO Box 459079<br>Sunrise, Florida 33345-9079 | Harbor Neurosurgical Associates PA<br>517 Tamiami Trail<br>Punta Gorda, Florida 33950-5520 | Hwy 17 Auto Broker-United Acceptance<br>c/o Ascension Services L.P.<br>1550 N Norwood Ste 305<br>Hurst, Texas 76054-3653 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | MCR Health<br>PO Box 14000<br>Belfast, Maine 04915-4033 | Matco Tools<br>4403 Allen Rd<br>Stow, Ohio 44224-1096 |

```
Neurology PA                              SFC Central Bankruptcy                  Sarasota Memorial Hospital
c/o Professional Adjustment Corpt         PO Box 1893                             1700 S. Tamiami Trail
14410 Metropolis Ave                      Spartanburg, SC 29304-1893              Sarasota, Florida 34239-3555
Fort Myers, Florida 33912-4341


Small Hospital Innovations                Stacey Maness                           Tea Olive, LLC
c/o AR Resources                          c/o Christina A. Goldberg, Esq          PO BOX 1931
PO Box 1056                               6954 Professional Parkway East          Burlingame, CA 94011-1931
Blue Bell, Pennsylvania 19422-0287        Lakewood Ranch, Florida 34240-8414


Universal Radiology Services              Vonage America                          W.S Badcock Corporation
PO Box 4568                               c/o Receivable Mgmt Services            P.O. BOX 724
Houston, Texas 77210-4568                 PO Box 361348                           Mulberry, FL 33860-0724
                                          Columbus, Ohio 43236-1348


West Coast Southern Medical Services      Windstream Communications               World Finance Corp
934 14th St. W                            c/o Resurgent-LVNV Funding              PO Box 6429
Bradenton, Florida 34205-6646             PO Box 6429                             Greenville, South Carolina 29606-6429
                                          Greenville, South Carolina 29606-6429


World Finance Corp. c/o World Acceptance Cor   Frank Ribel Jr.+                   United States Trustee - FTM7/13 7+
Attn: Bankruptcy Processing Center             25 East Oak Street                 Timberlake Annex, Suite 1200
PO Box 6429                                    Arcadia, FL 34266-4422             501 E Polk Street
Greenville, SC 29606-6429                                                         Tampa, FL 33602-3949


Jon Waage +                               Note: Entries with a '+' at the end of the
P O Box 25001                             name have an email address on file in CMECF
Bradenton, FL 34206-5001
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ben Franklin Finance                      End of Label Matrix
PO Box 771852                             Mailable recipients    46
Detroit, Michigan 48277                   Bypassed recipients     0
                                          Total                  46
```